# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 309 WAL 2014

                 Respondent    :

                       :   Petition for Allowance of Appeal from the
                       :   Order of the Superior Court

           v.               :

                       :

ROLAND A. SPOTTI, JR.,         :

                Petitioner    :

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of January, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is as follows:

> Whether the Superior Court's decision substantially reduces, or virtually eliminates, the distinction between civil and criminal causation?